Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
email: Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
BRAYON TERRELL NANCE III

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA.
WESTERN DIVISION

| | |
|---|---|
| BRAYON TERRELL NANCE III, | CASE NO.: CV 13 6544 JC |
| Plaintiff, | Order Awarding EAJA Fees |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of TWENTY-FIVE HUNDRED

//
//
//

-1-

DOLLARS and 00/cents ($2,500.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED:    July 25, 2014

                                            _____/s/_____
                                            HONORABLE JACQUELINE CHOOLJIAN
                                            UNITED STATES MAGISTRATE JUDGE